UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Jared Steger, et al.

                        Plaintiff,

v.                                          Case No.: 1:14−cv−06056

                                                Honorable Sharon Johnson Coleman

LTF Club Operations Company, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' unopposed motion for miscellaneous relief [106] is granted in part and denied in part. Defendants' request to remove docket items 103−2, 103−6, and 103−9 from the public record and for leave to refile those documents under seal is denied. Docket items 103−2, 103−6, and 103−9 are to remain under temporary seal until further order of this Court. Counsel are instructed to file, by November 4th, a motion to seal individually demonstrating good cause to seal those documents. Defendants' request to file materials designated as "confidential information" under seal in connection with their response to the motion for conditional class certification is denied, without prejudice to defendants' moving to seal those documents at the time of filing in accordance with L.R. 26.2. Defendants granted leave to exceed the page limit in their response, and plaintiff's granted leave to extend their deadline to file a reply in support of their motion for conditional class certification to Nov. 20, 2015. No appearance required on 10/27/2015.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.